72 So.2d 418

**AMERICAN LIFE INS. CO.**

v.

**Evelyn MORRIS.**

**6 Div. 702.**

Supreme Court of Alabama.

March 25, 1954.

Rehearing Denied May 13, 1954.

F. Raymond Ingram, Birmingham, for petitioner.

Rogers, Howard & Redden, Birmingham, opposed.

GOODWYN, Justice.

Petition of American Life Insurance Company, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of American Life Ins. Co. v. Morris, 72 So. 2d 414.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and MERRILL, JJ., concur.